# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

144033

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 144033
COA: 305832
Bay CC: 10-010264-FH

REY CHARO, a/k/a REYMOND CHARO,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 19, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
Clerk

t0227